W. T. CRABTREE v. STATE.
No. A-1438. Opinion Filed September 12, 1912.
Appeal from Osage County Court;
C. T. Bennett, Judge.

W. T. Crabtree was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

Roberts & Scales, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, W. T. Crabtree, was convicted at the July, 1911, term of the county court of Osage county on a charge of having unlawful possession of intoxicating liquor with intent to sell the same, and his punishment fixed at a fine of two hundred fifty dollars and imprisonment in the county jail for a period of three months. The Attorney General has moved to dismiss the appeal on the following grounds: ''Because the record shows that this is an attempted appeal from a judgment of conviction for a misdemeanor rendered in the county court of Osage county on the 24th day of July, 1911, and the petition in error and case-made were not filed in this court until the 18th day of October, 1911, more than 60 days after the rendition of such judgment, no order having been made extending the time within which to file petition in error and case-made in this court beyond the 60 days allowed by law.'' The motion is well taken and must be sustained. The appeal is accordingly dismissed.

---

JOHN SHAW v. STATE.
No. A-1290. Opinion Filed September 14, 1912.
Appeal from Woods County Court;
W. M. Bickel, Judge.

John Shaw was cinvicted of violating the prohibitory law, and appeals. Affirmed.

Chase & Stevens, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM: An opinion dismissing the appeal in this case was filed on the 15th day of June, 1912 (see 7 Okla. Cr. 743), and on rehearing it is made to appear that the case-made was amended so as to correct the defect. The dismissal is hereby set aside, and the cause re-instated. Upon a careful consideration of the record we find no errors sufficient to justify a reversal. The judgment of the trial court is therefore affirmed.